## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| DARIO SCHIAFFINO and | ) | Case No. 14-36567 |
| MARIA SCHIAFFINO, | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtors. | ) | |
| | ) | Hearing Date: May 19, 2016 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

_____

### CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that the **NOTICE OF FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** was duly served upon the foregoing persons by enclosing a true and correct copy, together with the **TRUSTEE'S FINAL APPLICATION FOR COMPENSATION and REIMBURSEMENT OF EXPENSES**, in properly addressed envelopes and causing the same to be deposited in the First Class Mail at 77 West Wacker Drive, Chicago, Illinois on the 26th day of April, 2016.

/s/ Richard J. Mason_____
Richard J. Mason, Trustee

1

## SERVICE LIST

Capital One Bank
P.O. Box 6492
Carol Stream, IL 60197-6492

Chase Services
P.O. Box 15153
Wilmington, DE 19886-5153

JPMorgan Chase, N.A.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Maria Schiaffino
2901 N. W. 18th Terrace
Cape Coral, FL 33993

Dario Schiaffino
2901 N. W. 18th Terrace
Cape Coral, FL 33993

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd.
5th Floor
Coral Gables, FL 33146-1837

Chase Bank Home Equity Line
P.O. Box 64596
Columbus, OH 43224

Pollick & Schmahl, LLC
2336 Fir Street
Glenview, IL 60025-2704

Citibank
P.O. Box 6500
Sioux Falls, SD 57117-6500

Bernard Wiczer
Wiczer & Sheldon, LLC
500 Skokie Blvd., Suite 325
Northbrook, IL 60062-2887

Patrick S. Layng
Office of U.S. Trustee – Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604-2027

Chase Bank Home Equity Line
P.O. Box 24714
Columbus, OH 43224-0714

JPMorgan Chase Bank
c/o Heavner, Scott & Beyers
111 E. Main St., #200
Decatur, IL 62523-1204

Richard J. Mason
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

Portfolio Recovery Associates
Successor to Capital One Bank (USA) N.A.
PO Box 41067
Norfolk VA 23541-1067