**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SCHIAFFINO, DARIO § Case No. 14-36567
      SCHIAFFINO, MARIA § 
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $470,809.00        Assets Exempt: $157,574.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,325.71        Claims Discharged
                                                                    Without Payment: $8,784.72

Total Expenses of Administration: $8,148.54

---

    3) Total gross receipts of $ 19,474.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,474.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,148.54 | 8,148.54 | 8,148.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 20,110.43 | 20,110.43 | 11,325.71 |
| **TOTAL DISBURSEMENTS** | $0.00 | $28,258.97 | $28,258.97 | $19,474.25 |

   4) This case was originally filed under Chapter 7 on October 08, 2014. The case was pending for 20 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/31/2016            By:  /s/RICHARD J. MASON
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2206 NW28th Ave(vacant lot) Cape Coral, FL 33993 | 1110-000 | 9,737.13 |
| 2808 Miracle Pkwy. (vacant lot) Cape Coral, FL 3 | 1110-000 | 9,737.12 |
| **TOTAL GROSS RECEIPTS** | | **$19,474.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 2,697.43 | 2,697.43 | 2,697.43 |
| John F. Pollick | 3210-000 | N/A | 5,320.00 | 5,320.00 | 5,320.00 |
| Rabobank, N.A. | 2600-000 | N/A | 19.60 | 19.60 | 19.60 |
| Rabobank, N.A. | 2600-000 | N/A | 27.04 | 27.04 | 27.04 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Amount | Amount | Amount |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 30.73 | 30.73 | 30.73 |
| Rabobank, N.A. | 2600-000 | N/A | 26.89 | 26.89 | 26.89 |
| Rabobank, N.A. | 2600-000 | N/A | 26.85 | 26.85 | 26.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,148.54 | $8,148.54 | $8,148.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 9,860.45 | 9,860.45 | 5,553.17 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 10,249.98 | 10,249.98 | 5,772.54 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $20,110.43 | $20,110.43 | $11,325.71 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-36567        **Trustee:** (330470) RICHARD J. MASON

**Case Name:** SCHIAFFINO, DARIO        **Filed (f) or Converted (c):** 10/08/14 (f)

SCHIAFFINO, MARIA        **§341(a) Meeting Date:** 11/24/14

**Period Ending:** 05/31/16        **Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   77 Timberhill Rd. (home) Buffalo Grove, IL<br>Listed on Debtor's Schedule A - Real Property. Exemption Listed on Schedule C citing 735 ILCS 5/12-901  (See Footnote) | 326,135.00 | 0.00 | | 0.00 | FA |
| 2   2901 N 18th Terrace (home) Cape Coral, FL 33993<br>Listed on Debtor's Schedule A - Real Property  (See Footnote) | 135,000.00 | 0.00 | | 0.00 | FA |
| 3   2206 NW28th Ave(vacant lot) Cape Coral, FL 33993<br>Listed on Debtor's Schedule A - Real Property  (See Footnote) | 49,900.00 | 19,474.25 | | 9,737.13 | FA |
| 4   2808 Miracle Pkwy. (vacant lot) Cape Coral, FL 3<br>Listed on Debtor's Schedule A - Real Property  (See Footnote) | 49,900.00 | 19,474.25 | | 9,737.12 | FA |
| 5   Cash on hand  (See Footnote) | 100.00 | 0.00 | | 0.00 | FA |
| 6   Household goods and furnishings - 77 Timberhill<br>Listed on Debtor's Schedule B - Personal Property (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 7   Wearing Apparel - 77 Timberhill Rd.<br>Listed on Debtor's Schedule B - Personal Property (See Footnote) | 200.00 | 0.00 | | 0.00 | FA |
| 8   Checking, Savings, or Other Financial Accounts  (See Footnote) | 2,000.00 | 0.00 | | 0.00 | FA |
| 9   2002 BMW - Automobile<br>Listed on Debtor's Schedule B - Personal Property. Exemption listed on Schedule C citing 735 ILCS 5/12-1001(c)  (See Footnote) | 4,340.00 | 0.00 | | 0.00 | FA |
| 10   1996 Volvo - Automobile<br>Listed on Debtor's Schedule B - Personal Property (See Footnote) | 2,534.00 | 0.00 | | 0.00 | FA |
| 11   void | 0.00 | 0.00 | | 0.00 | FA |
| 11    **Assets**    **Totals** (Excluding unknown values) | **$570,609.00** | **$38,948.50** | | **$19,474.25** | **$0.00** |

RE PROP# 1     SCHEDULED / APPRAISED

Listed on Debtor's Schedule A - Real Property.  Exemption Listed on Schedule C citing 735 ILCS

Printed: 05/31/2016 02:49 PM     V.13.23

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-36567          **Trustee:** (330470)    RICHARD J. MASON
**Case Name:** SCHIAFFINO, DARIO        **Filed (f) or Converted (c):** 10/08/14 (f)
                 SCHIAFFINO, MARIA         **§341(a) Meeting Date:** 11/24/14
**Period Ending:** 05/31/16                **Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

                 5/12-901
RE PROP# 2      Listed on Debtor's Schedule A - Real Property. Exemption listed on Schedule C citing Florida Statues
                 Annoate § 222.01 - § 222.05
RE PROP# 3      Net proceeds in the amount of $19,474.25 from the purchase of two vacant real estate lots in Cape
                 Coral, FL (See Report of Sale - Docket # 32). Proceeds were divided evenly between the two
                 properties for the two vacant lots.
RE PROP# 4      Net proceeds in the amount of $19,474.25 from the purchase of two vacant real estate lots in Cape
                 Coral, FL (See Report of Sale - Docket # 32). Proceeds were divided evenly between the two
                 properties for the two vacant lots.
RE PROP# 5      Listed on Debtor's Schedule B
RE PROP# 6      Listed on Schedule B - Personal Property. Exemption is listed on Schedule C citing 735 ILCS
                 5/12-1001(b)
RE PROP# 7      Listed on Schedule B - Personal Property. Exemption is listed on Schedule C citing 735 ILCS
                 5/12-1001(b)
RE PROP# 8      Listed on Debtor's Schedule B - Personal Property
RE PROP# 9      Listed on Debtor's Schedule B - Personal Property. Exemption listed on Schedule C citing 735 ILCS
                 5/12-1001(c)
RE PROP# 10     Listed on Debtor's Schedule B - Personal Property. Exemption listed on Schedule C citing 735 ILCS
                 5/12-1001(c)

**Major Activities Affecting Case Closing:**

        Corrected TFR was submitted to UST on 4/20/2016. It was approved and filed with the court on 4/25/2016. The NFR and all pending applications for compensation
were heard and approved on 5/19/2016. All distributions were sent out on 5/19/2016. Last check posted on 5/31/2016 and account balance is now at zero.

**Initial Projected Date Of Final Report (TFR):**     March 1, 2016         **Current Projected Date Of Final Report (TFR):**     March 8, 2016 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-36567  
**Case Name:** SCHIAFFINO, DARIO  
SCHIAFFINO, MARIA  
**Taxpayer ID #:** **-***1462  
**Period Ending:** 05/31/16  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/09/15 | | Bay Breeze Title LLC | Net proceeds in the amount of $19,474.25 from the purchase of two vacant real estate lots in Cape Coral, FL (See Report of Sale - Docket # 32) | | 19,474.25 | | 19,474.25 |
| | {3} | | Net proceeds from the purchase of vacant lot    9,737.13 | 1110-000 | | | 19,474.25 |
| | {4} | | Net proceeds from the purchase of vacant lot    9,737.12 | 1110-000 | | | 19,474.25 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.60 | 19,454.65 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.04 | 19,427.61 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.73 | 19,396.88 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.89 | 19,369.99 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.85 | 19,343.14 |
| 05/19/16 | 101 | JPMorgan Chase Bank, N.A. | Distribution Payment from Final Report to Unsecured Creditor, re: Proof of Claim No. 1 | 7100-000 | | 5,553.17 | 13,789.97 |
| 05/19/16 | 102 | Portfolio Recovery Associates, LLC | Distribution Payment from Final Report to Unsecured Creditor, re: Proof of Claim No. 2 | 7100-000 | | 5,772.54 | 8,017.43 |
| 05/19/16 | 103 | Pollick & Schmahl, LLC | Trustee Attorney Compensation Payment Awarded from 5/19/2016 Court Order | 3210-000 | | 5,320.00 | 2,697.43 |
| 05/19/16 | 104 | RICHARD J. MASON, Trustee | Trustee Compensation Payment Awarded from 5/19/2016 Court Order | 2100-000 | | 2,697.43 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 19,474.25 | 19,474.25 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 19,474.25 | 19,474.25 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$19,474.25** | **$19,474.25** | |

Net Receipts : 19,474.25  
Net Estate : $19,474.25

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9966 | 19,474.25 | 19,474.25 | 0.00 |
| | $19,474.25 | $19,474.25 | $0.00 |

{} Asset reference(s)

Printed: 05/31/2016 02:49 PM   V.13.23